FILED
2006 Aug-01 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERNARD GAYLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-J-2601-E |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION; | ) |
| WARDEN, FCI TALLADEGA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on July 5, 2006 recommending that the petition for writ of habeas corpus be denied. The parties were allowed fifteen (15) days from the entry of the findings and recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 1st day of August 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE